UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

MARYANN COTTRELL, et al.,

        Plaintiffs,        Civil No. 14-3309 (NLH/KMW)

v.

                              **ORDER**

DUFFIELD'S INC., et al.,

        Defendants.
_____

    This matter having come before the Court by way of motion [Doc. No. 10] for default judgment filed by Plaintiffs, Maryann Cottrell and Richard Holland; and Plaintiffs having subsequently submitted a request to withdraw the motion for default judgment without prejudice, as Defendants submitted a settlement offer to Plaintiffs which offer was accepted by Plaintiffs; and for good cause shown:

    IT IS on this  5th  day of  June  2015,

    ORDERED that Plaintiffs' motion [Doc. No. 10] for default judgment be, and the same hereby is, DENIED WITHOUT PREJUDICE.


                                              s/ Noel L. Hillman
                                              NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey